UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **In re Andre Cayo** | : | No. 3:18-gp-20 (AWT) |
| | : | |
| | : | October 3, 2018 |

### RECOMMENDATION OF GRIEVANCE COMMITTEE
### FOR DISCIPLINE BY AGREEMENT

The Federal Grievance Committee of the United States District Court for the District of Connecticut, through its undersigned counsel, hereby recommends that this Court issue an order imposing discipline on Andre Cayo ("Respondent") as described below. Respondent agrees to such discipline. In support of this recommendation, the Committee states as follows:

1. Respondent is an attorney who was admitted to practice before this Court on September 7, 2012. On July 30, 2018, a disciplinary action was opened as a result of discipline imposed by the Connecticut Superior Court. On February 22, 2018, the Superior Court issued a Memorandum Decision (attached as Exhibit 1), finding that Respondent had engaged in misconduct by failing to adequately protect clients' funds and to timely comply with a requirement to provide documents necessary to complete two audits.

2. As discipline, the Superior Court ordered that Respondent be suspended from the practice of law for a period of three months but further ordered that the suspension would be stayed so long as Respondent complied with certain specified conditions. Those conditions included maintaining an IOLTA account for at least one year, providing monthly reports of the operations of the IOLTA account to the Statewide Grievance Committee for a period of one year, and submitting Respondent's IOLTA account to two audits by the Committee's staff. The Superior Court stated that, upon the successful completion of the specified conditions,

Respondent could move to vacate the suspension order. Upon motion by Complainant, that order was later modified on the record to have the suspension remain in Respondent's record history.

3. Local Rule 83.2(f)2 provides that, when an attorney licensed to practice before this Court is disciplined by order of the Connecticut Superior Court, counsel for the Grievance Committee shall petition the Court to impose identical discipline or make such other order as it deems appropriate.

4. The Grievance Committee now recommends, with the agreement of Respondent, that this Court enter an Order, without hearing, imposing the following discipline: Respondent will be suspended from practicing before this Court for a period of three months, which suspension shall be stayed so long as Respondent complies with the requirements set forth in the Superior Court's Memorandum Decision. Once the Superior Court has vacated its suspension order, Respondent may similarly move to vacate this Court's order of suspension.

Respectfully submitted,

THE GRIEVANCE COMMITTEE FOR THE
UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF CONNECTICUT

By /s/ Vaughan Finn
    Vaughan Finn (ct13963)
    Its Counsel
    Shipman & Goodwin LLP
    One Constitution Plaza
    Hartford, CT  06103
    Telephone:  (860) 251-5505
    Facsimile:   (860) 251-5219
    E-mail: vfinn@goodwin.com

## CERTIFICATE OF SERVICE

I hereby certify that, on this 3d day of October, 2018, I caused a copy of the foregoing to be served by first-class mail, postage prepaid, upon:

Andre Cayo, Esq.
84 Park Place West, 3d Floor
Stamford, CT 06901

By /s/ Vaughan Finn
Vaughan Finn